LAWYERS FOR CLEAN WATER, INC.
Drevet Hunt (Bar No. 240487)
     Email: drev@lawyersforcleanwater.com
1004-A O'Reilly Avenue
San Francisco, California 94129
Telephone: (415) 440-6520
Facsimile: (415) 440-4155

*Attorneys for Plaintiff*
LOS ANGELES WATERKEEPER

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS ANGELES WATERKEEPER, a California non-profit corporation,<br><br>          Plaintiff,<br>  vs.<br><br>A AND A METAL RECYCLING, INC., a California corporation; SINDY CARDONA, an individual;<br>          Defendants. | Civil Case No. 15-cv-04326 MWF-JEM<br><br>**REQUEST FOR ENTRY OF DEFAULT JUDGMENT**<br><br>**(Federal Water Pollution Control Act, 33 U.S.C. §§ 1251 *et seq*.)** |

TO: THE CLEARK OF THE ABOVE-ENTITLED COURT

Plaintiff Los Angeles Waterkeeper ("Waterkeeper" or "Plaintiff") hereby requests that the Clerk of the above-entitled court enter default in this matter against defendants A and A Metal Recycling, Inc. and Sindy Cardona (collectively "Defendants") on the ground that each Defendant has failed to appear or otherwise respond to the complaint within the time prescribed by the Federal Rules of Civil Procedure. On June 8, 2015, Plaintiff filed a complaint against A and A Metal Recycling, Inc. and Sindy Cardona in the United States District Court, Central District of California. On July 17, 2015 Plaintiff served the summons and complaint on Defendants as evidenced by the proof of services

1  of summons on file with the court. *See* ECF Dkt. Nos. 10, 11. Defendants' responsive
2  pleadings were due August 7, 2015. *See id.* Where as of the date of the filing of this
3  request, Defendants have not responded to the complaint.
4      The above stated facts are set forth in the accompanying declaration of Drevet
5  Hunt in Support of the Request for Entry, filed herewith.

Dated: August 31, 2015                Respectfully submitted,

LAWYERS FOR CLEAN WATER, INC.

                                      /s/ Drevet Hunt
Drevet Hunt
Attorney for Plaintiff
Los Angeles Waterkeeper