JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Los Angeles Waterkeeper,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>A and A Metal Recycling, Inc., et al.,<br><br>　　　　Defendants. | Case No. CV-15-4326-MWF (JEMx)<br><br>**JUDGMENT** |

　　　In accordance with the Order Granting Plaintiff Los Angeles Waterkeeper's Motion for Default Judgment against Defendants A and A Metal Recycling, Inc. and Sindy Cardona (Docket No. 30),

　　　**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** as follows:

1. This Court has jurisdiction over the parties to and the subject matter of this action.  The jurisdiction of this Court shall be retained for the purposes of enforcing this Judgment.
2. Defendants have violated the California General Permit for Discharges of Storm Water Associated with Industrial Activities ("Storm Water Permit") and Section 301(a) of the Clean Water Act.

1

3. Defendants and all of their employees, representatives, agents, and all other persons or entities in privity with them and/or acting in concert or active participation with any of them are hereby permanently and immediately enjoined from any further violation of the Storm Water Permit and Clean Water Act.

4. Defendants shall pay $4,764,000.00 in civil penalties pursuant to Section 309(d) of the Clean Water Act. This payment shall be made to the United States Treasury within one hundred and ninety (190) days of the date of this Order.

5. Defendants shall reimburse Plaintiff $42,916.04 in litigation fees and costs pursuant to Section 505(d) of the Clean Water Act and Local Rule 55-3. This payment shall be made to Plaintiff within sixty (60) days of the date of this Order.

6. Defendants are severally and joint liable.

7. Plaintiff is directed to serve Defendants with this Judgment by means calculated to provide actual notice.

IT IS SO ORDERED.

Dated: November 18, 2015  _____
　　　　　　　　　　　　　　　MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　United States District Judge

2